IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) ) | |
| JACKSON PARK HOSPITAL AND MEDICAL CENTER, ) ) ) | |
| Defendant. ) ) | JURY TRIAL DEMAND |

## COMPLAINT

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a to correct unlawful employment practices on the basis of race and sex, and to provide appropriate relief to Charging Party Rosie McGee ("McGee") and to a class of Black female employees who were adversely affected by such practices. The U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission") alleges that Defendant Jackson Park Hospital and Medical Center ("Defendant") discriminated against McGee and a class of Black female employees by subjecting them to different terms and conditions of employment and segregation in job assignments on the basis of their race, Black, and sex, female. EEOC further alleges that Defendant retaliated against McGee by demoting her when she complained of the discrimination, in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful acts alleged below were committed within the jurisdiction of the United States District Court for the Northern District of Illinois.

## PARTIES

3. Plaintiff, EEOC, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been a corporation doing business in the State of Illinois and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-5(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, McGee filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January of 2007, Defendant has engaged in unlawful employment practices at its Chicago, Illinois facility, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a)(2). These practices include, but are not limited to, subjecting McGee and a class of

Black female employees to different terms and conditions of employment and segregation in job assignments because of their race.

8. Since at least June 2008, Defendant has engaged in unlawful employment practices at its Chicago, Illinois facility, in violation of Section 704(a) of Title VII, 42 U.S.C. §2000e-3(a). These practices include, but are not limited to, subjecting McGee to retaliation after she complained of discrimination by demoting her.

9. The effect of the practices complained of in paragraphs 7 and 8 above has been to deprive McGee and a class of similarly situated Black female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their race and sex.

10. The unlawful employment practices complained of in paragraphs 7and 8 above were intentional.

11. The unlawful employment practices complained of in paragraphs 7 and 8 above were done with malice or with reckless indifference to the federally protected rights of McGee and a class of Black female employees.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with Defendant, from engaging in any employment practices which discriminate on the basis of race, sex and/or retaliation;

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for its employees regardless of race and/or sex, and which eradicate the effects of its past and present unlawful practices;

  C. Order Defendant to make whole McGee by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices, including, but not limited to, rightful place reinstatement;

  D. Order Defendant to make whole McGee and a class of Black female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, in amounts to be determined at trial;

  E. Order Defendant to make whole McGee and a class of Black female employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, including, but not limited to, emotional pain, humiliation, and inconvenience, in amounts to be determined at trial;

  F. Order Defendant to pay punitive damages for its malicious and reckless conduct described in paragraphs 7 and 8 above, in amounts to be determined at trial;

  G. Grant such further relief as the Court deems necessary and proper in the public interest; and

  H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

David Lopez
General Counsel

Jerome Scanlan
Associate General Counsel

Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507


_s:/John C. Hendrickson_____
John C. Hendrickson
Regional Attorney


_s:/Diane I. Smason_____
Diane I. Smason
Supervisory Trial Attorney


_s:/June Wallace Calhoun_
June Wallace Calhoun
Trial Attorney

Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661
312.869.8103